# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2015

Robert P. Young, Jr.,
Chief Justice

152035(64)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CITY OF HUNTINGTON WOODS and CITY OF
PLEASANT RIDGE,
        Plaintiffs/Counter Defendants-
        Appellants,

v

CITY OF OAK PARK,
        Defendant/Counter Plaintiff-Appellee,
and

45TH DISTRICT COURT
        Defendant-Appellee.
_____/

SC: 152035
COA: 321414
Oakland CC: 2013-135842-CZ

        On order of the Chief Justice, the motion of plaintiffs/counter defendants-appellants to extend the time to file their reply brief on the application for leave to appeal is GRANTED. The reply brief submitted on October 15, 2015, is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2015

